# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.D.**, a student with a disability, and **D.D.**, his parent, on her own behalf and on behalf of J.D., | : : : : |
| *Plaintiffs* | Case No. 19-cv-0129-JMY |
| v. | : : |
| **THE PENNSYLVANIA VIRTUAL CHARTER SCHOOL**, | : : : |
| *Defendant* | : |

## ORDER

**AND NOW**, this 12th day of March, 2020, upon consideration of Plaintiffs' Motion to Supplement the Administrative Record (ECF No. 10) and the Parties' subsequent briefing, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge

**Judge John Milton Younge**