IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.D., a student with a disability, and** : <br> **D.D., his parent, on her own behalf and** : <br> **on behalf of J.D.**, : <br> : <br> *Plaintiffs* : <br> : <br> v. : <br> : <br> **THE PENNSYLVANIA VIRTUAL** : <br> **CHARTER SCHOOL**, : <br> : <br> *Defendant* : | Case No.  19-cv-0129-JMY |

## ORDER

**AND NOW**, this 30th day of November, upon consideration of the parties' cross-Motions for Judgment on the Administrative Record (ECF Nos. 13, 14), and any responses thereto, **IT IS ORDERED** that Defendant's motion is **GRANTED** and Plaintiffs' motion is **DENIED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ John Milton Younge
**Judge John Milton Younge**